IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| MARGO S. HEDRICK, | ) | Case No. 4:12CV00018 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

Before me is the Report and Recommendation of the United States Magistrate Judge [ECF No. 21] recommending that an Order be entered granting the Commissioner of Social Security's Motion for Summary Judgment [ECF. No. 18] and affirming the Commissioner's final decision. The Report and Recommendation was filed on February 15, 2013, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the Report and Recommendation shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED**, the Commissioner's final decision is **AFFIRMED**, and the case is hereby **DISMISSED** from the docket of the Court.

The Clerk is directed to send a copy of this Order to pro se plaintiff, counsel of record and United States Magistrate Judge B. Waugh Crigler.

ENTERED this 8th day of March, 2013.

s/Jackson L. Kiser
Senior United States District Judge